USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1740 HERTZL SINAI, Plaintiff, Appellant, v. GABRIEL O. DUMONT, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Lynch, Circuit Judge, _____________ Bownes and Cyr, Senior Circuit Judges. _____________________ ____________________ Hertzl Sinai on brief pro se. ____________ ____________________ February 12, 1998 ____________________ Per Curiam. Pro se plaintiff Herzl Sinai appeals a ___________ ___ __ district court order that dismissed his complaint on the ground that it has no arguable basis in law under 28 U.S.C.  1915(e). This court has thoroughly reviewed the record and Sinai's brief on appeal. We agree that the complaint was properly dismissed, for the reasons stated by the district court. Accordingly, the judgment of the district court is summarily affirmed. See Local Rule 27.1. ________ ___ -2-